■ PAUL VACCA et al., Appellants, v PATRICK VALERINO et al., Respondents. (Appeal No. 2.)—Appeal unanimously dismissed without costs. Memorandum: Although the appeal is from a motion designated as one to "renew", it is properly an appeal from a motion to reargue because plaintiffs submitted no new facts in support of the motion. An order denying a motion to reargue is not appealable (Matter of Jones v Marcy, 135 AD2d 887, 888). (Appeal from order of Supreme Court, Onondaga County, Inglehart, J.—renewal.) Present—Doerr, J. P., Boomer, Green, Lawton and Lowery, JJ.